## FRANK SPONZO ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF BLOOMFIELD
### (7263)

SPALLONE, DALY and JACOBSON, Js.

Argued April 5—decision released April 12, 1989

*Dan E. LaBelle,* for the appellants (plaintiffs).

*Bessye W. Bennett,* deputy town attorney, for the appellee (defendant).

PER CURIAM. In this matter, the petition for certification to appeal was improvidently granted.

The appeal is dismissed.